DAVID KIPP, Respondent, *v.* DAVID W. MCLEAN, Appellant.

(Argued December 15, 1884 decided January 20, 1885.)

*2 Civ Pro (MCC) 166* *approved*

*H. B. Kingborn* for appellant.

*Nelson Zabriskie* for respondent.

AGREE to affirm ; no opinion.
All concur.
Judgment affirmed.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE
WESTERN UNION TELEGRAPH COMPANY, Appellant.

THIS case presented the same questions and was argued and
decided with *People* v. *Gold & Stock T. Co.* (*ante, p.* 67).

———

JAMES G. AVERELL et al., Respondents, *v.* DAVID DAY et al.,
Commissioners, etc., Appellants.

(Argued December 16, 1884 ; decided January 20, 1885.)

*26 Hun 319 approved*

*Leslie W. Russell* for appellants.

*Louis Hasbrouck* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.